```
FILED
DISTRICT OF NEBRASKA
AT_____M

MAY 17 1978

William L. Olson, Clerk
By_____Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STIGGE, et al, <br><br>         Plaintiff, <br><br> vs. <br><br><br> ALLIED MILLS, INC., <br><br>         Defendant. | Case No. 77-4044 <br> United States District Court for <br> the District of Kansas, Topeka <br> Division <br><br><br> ORDER |

IT HEREBY IS ORDERED that the motion to quash subpoena is granted.

Dated May 16, 1978.

BY THE COURT

_____
Chief Judge

---

Copy mailed to the following 5-19-78:

Richard Hayse, Atty. for pl.
1300 Merchants Natl. Bk. Tower
Topeka, Kansas   66600

B. L. Pringle, Atty.
Suite 700, Merchants Tower
Topeka, Kansas   66612

Robert D. Kinsey, Jr., Atty.
P. O. Box 82028
Lincoln, Neb. 68501

Berkey, Erickson, Rentrop & Martin
74 West Long Lake Rd.
Bloomfield Hills, Mich. 48013